No. 93–447. TORO *v.* UNITED STATES; LIPSCOMB *v.* UNITED STATES; COPPOCK *v.* UNITED STATES; HARVEY *v.* UNITED STATES; TETERS *v.* UNITED STATES; PERRY *v.* UNITED STATES; and PROCTOR *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–503. LIPS *v.* COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied.

No. 93–515. CLARK *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 93–523. DOE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–571. UWAEZHOKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–577. MAXWELL *v.* FIRST NATIONAL BANK OF MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–589. PRO-TECH SECURITY NETWORK *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 93–636. WILKINS ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–643. BESSEMER & LAKE ERIE RAILROAD CO. *v.* WHEELING-PITTSBURGH STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–655. EVANSTON HOSPITAL *v.* HAUCK ET AL. C. A. 7th Cir. Certiorari denied.